PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Special Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAKAYLA M. MOORE,<br><br>Defendant. | Case No. 5:23-po-00002-CDB<br><br>[Citation #9379420, CA26]<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Special Assistant United States Attorney, hereby moves to dismiss Case No. 5:23-po-00002-CDB [Citation #9379420, CA26] against MAKAYLA M. MOORE, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: April 19, 2023

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By:   /s/ *Chan Hee Chu*
CHAN HEE CHU
Special Assistant United States Attorney

# O R D E R

Based on the motion of the United States of America pursuant to Rule 48(a), Fed. R. Crim. P. (Doc. 18), IT IS HEREBY ORDERED that Case No. 5:23-po-00002-CDB [Citation #9379420, CA26] against MAKAYLA M. MOORE be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **April 19, 2023**

_____
UNITED STATES MAGISTRATE JUDGE